USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
GLOBAL WEATHER PRODUCTIONS, :
LLC, :
:
:
Plaintiff, :
:
-v- :  1:24-cv-1828-GHW
:
:
BARSTOOL SPORTS, INC., :
: ORDER
:
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record at the June 24, 2024 conference, the deadline for Defendant to answer the complaint is extended to June 25, 2024.

SO ORDERED.

Dated: June 24, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge