```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED:  8/28/2024               │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                           :

GLOBAL WEATHER PRODUCTIONS, LLC,      :

                         Plaintiff,      :               1:24-cv-01828-GHW

                -v-                     :                ORDER

BARSTOOL SPORTS, INC.,                :

                      Defendant.    :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The parties have stipulated to the dismissal of this action under Fed. R. Civ. P.

41(a)(1)(A)(ii).  Dkt. No. 23.  The Court takes no position regarding the substance of the parties'

agreements.  The Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: August 28, 2024
       New York, New York

                                    _____
                                      GREGORY H. WOODS
                                    United States District Judge